IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 2:25-cr-404-ECM |
| ) | [WO] |
| DION MARCELL WILLIAMS ) | |

## MEMORANDUM OPINION and ORDER

Now pending before the Court is the Defendant's motion to continue trial. (Doc. 15). Jury selection and trial are presently set to commence on October 27, 2025. For the reasons set forth below, the Court will grant a continuance of the trial.

While the trial judge enjoys great discretion when determining whether to grant a continuance, the Court is limited by the requirements of the Speedy Trial Act. 18 U.S.C. § 3161; *United States v. Stitzer*, 785 F.2d 1506, 1516 (11th Cir. 1986). The Act provides in part:

> In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an offense shall commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs.

18 U.S.C. § 3161(c)(1).

October 27, 2025, is not one of the Court's regular trial terms, and the Court's schedule could not accommodate a special setting on that date. Here, however, the Defendant has expressly waived his right to a speedy trial and requests that the trial be continued to

November 17, 2025. (Doc. 15 at 1–2, paras. 3–4).[1]  The Government does not oppose a continuance.  Accordingly, and for good cause, it is

ORDERED that the motion to continue trial (doc. 15) is GRANTED to the extent that jury selection and trial are CONTINUED from October 27, 2025, to the criminal term of court set to commence on **November 17, 2025 at 10:00 a.m.** in **Montgomery**, Alabama.  All deadlines tied to the trial date are adjusted accordingly.

The United States Magistrate Judge shall conduct a pretrial conference prior to the November trial term.

DONE this 12th day of September, 2025.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The Defendant was arraigned on September 2, 2025 (*see* doc. 11), and seventy days from that date is November 11, 2025.